UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 7206

------------------------------------------------------------x
WILHELMSEN SHIPS SERVICE

                    Plaintiff,              08 CV 7206 (VM)

-v-

                                    **STATEMENT PURSUANT**
                                    **TO F.R.C.P 7.1**

GRADIENT SHIPPING LINES PVT LTD, and
GRADIENT INTERNATIONAL LIMITED

                    Defendants.
------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification of recusal, the undersigned counsel of record for Plaintiff, WILHELMSEN SHIPS SERVICE, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
       August 13, 2008



                                  CHALOS & CO, P.C.
                                  Attorneys for Plaintiff
                                  WILHELMSEN SHIPS SERVICE

          By:        _____
                              George M. Chalos (GC-8693)
                              123 South Street
                              Oyster Bay, New York 11771
                              Tel: (516) 714-4300
                              Fax: (866) 702-4577
                              Email: gmc@chaloslaw.com